**2010–1799.   M/I Homes of Cincinnati, L.L.C. v. Warren Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2009–V–3796. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the joint motion to remand, it is ordered by the court that the motion is granted, and this cause is remanded to the Board of Tax Appeals to implement the settlement agreement of the parties.

# CASE ANNOUNCEMENTS

*April 13, 2011*

[Cite as *04/13/2011 Case Announcements #2*, 2011-Ohio-1787.]

## MOTION AND PROCEDURAL RULINGS

**2010–1430.   PNH v. Alfa Laval Flow, Inc.**
Mahoning App. No. 09 MA 41, 2010-Ohio-3280. This cause is pending before the court as an appeal from the Court of Appeals for Mahoning County.

Upon consideration of appellee's motion for continuance of oral argument scheduled for Tuesday, April 19, 2011, it is ordered by the court that the motion is granted, and oral argument is rescheduled for Wednesday, May 25, 2011.